**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| MARATHON PETROLEUM CORPORATION; SPEEDWAY LLC; MARATHON PREPAID CARD LLC; and SPEEDWAY PREPAID CARD LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS COOK, in his capacity as the Secretary of Finance for the State of Delaware; DAVID GREGOR, in his capacity as the Delaware State Escheator; and MICHELLE M. WHITAKER, in her capacity as the Delaware Abandoned Property Audit Manager, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 1:16-cv-00080-LPS |

**[PROPOSED] ORDER**

Consistent with the opini1on and mandate of the Third Circuit in *Marathon Petroleum Corporation, et al. v. Secretary of Finance, et al.*, __ F.3d __ , No. 16-4011, 2017 WL 5986000 (3d. Cir. Dec. 4, 2017),

**IT IS HEREBY ORDERED** that:

1. The Memorandum Opinion (D.I. 39), the Order (D.I. 40), and the Final Order (D.I. 42) are vacated solely with respect to those portions relating to Plaintiffs' federal preemption claim.

2. Plaintiffs' federal preemption claim is dismissed without prejudice to it being revived at a later date, if appropriate.

Dated: January 3, 2018

| REED SMITH LLP | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| */s/ R. Eric Hutz* | */s/ Caroline Lee Cross* |

R. Eric Hutz (#2702)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Fax: (302) 778-7575
ehutz@reedsmith.com

Diane Green-Kelly, admitted *pro hac vice*
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
dgreenkelly@reedsmith.com

*Counsel for Plaintiffs Marathon Petroleum Corporation, Speedway LLC, Marathon PrePaid Card LLC, and Speedway PrePaid Card LLC*

Caroline Lee Cross (#3489)
Jennifer R. Noel (#3987)
820 N. French Street, 5th Floor
Wilmington, DE 19801
Telephone: (302) 577-8400
Fax: (302)577-8656
caroline.cross@state.de.us

Steven S. Rosenthal, admitted *pro hac vice*
Tiffany R. Moseley, admitted *pro hac vice*
John David Taliaferro, admitted *pro hac vice*
LOEB & LOEB LLP
901 New York Avenue NW 3rd Floor East
Washington, DC 20001-4432
Telephone: (202) 618-5000
Facsimile: (202) 618-5001
srosenthal@loeb.com
tmoseley@loeb.com
jtaliaferro@loeb.com

Marc S. Cohen, admitted *pro hac vice*
LOEB & LOEB
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200
mscohen@loeb.com

*Counsel for Defendant Thomas Cook, in his capacity as the Secretary of Finance for the State of Delaware, David Gregor, in his capacity as the Delaware State Escheator, and Michelle M. Whitaker, in her capacity as the Delaware Abandoned Property Audit Manager*

- 3 -

IT IS SO ORDERED this ___ day of January, 2018.

_____

Honorable Leonard P. Stark
U.S. District Court Judge